IN THE SUPREME COURT OF TEXAS

 No. 04-0176

 IN RE LIVING CENTERS OF TEXAS, INC. D/B/A WHARTON MANOR

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed February 24, 2004,
is granted. The order dated December 15, 2003, in Cause No. 37,936-S,
styled Lee Cline, individually and as personal representative of The Estate
of Faye Clepper, Deceased v. Living Centers of Texas, Inc. d/b/a Wharton
Manor, and Living Centers of America, Inc., in the 329th District Court of
Wharton County, Texas, requiring production of documents that are subject
to Relator's claim of medical peer review and quality assurance privilage,
are stayed pending further order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus no later than 3:00 p.m., on or before March
8, 2004.

 Done at the City of Austin, this February 27, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk